# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re  **Douglas Walter Turrell**                                              Case No.  **18-17071**
                             Debtor(s)                                         Chapter   **7**

## PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I,  **Douglas Walter Turrell**  , declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐  I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐  I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

■  I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.


Date  **November 7, 2018**          Signature  **/s/ Douglas Walter Turrell**
                                               **Douglas Walter Turrell**
                                               Debtor

# UPPER IOWA UNIVERSITY

BOX 1857
FAYETTE, IA 52142

**DIRECT DEPOSIT PAY STUB**

| 300312482 | Douglas W Turrell | xxx-xx-1271 | 09/01/2018 | 09/30/2018 | 997584 |
|---|---|---|---|---|---|
| EMP. NO. | EMPLOYEE NAME | SOCIAL SECURITY NO. | PERIOD BEGIN | PERIOD END | CHECK NO. |

| Position | Reg Hrs | Gross Pay | Gross YTD | Taxes | Current | Year-To-Date |
|---|---|---|---|---|---|---|
| Salary | 1.00 | 1,050.00 | 1,050.00 | FICA Med | 15.23 | 45.69 |
| Salary | 0.00 | 0.00 | 2,100.00 | FICA OAD | 65.10 | 195.30 |
| Total | 1.00 | 1,050.00 | 3,150.00 | PA State Tax | 32.24 | 96.72 |
| | | | | Total | 112.57 | 337.71 |

| Direct Deposit | Current | Year-To-Date | Fringes | Current | Year-To-Date |
|---|---|---|---|---|---|
| USAA Federal | 937.43 | 2,812.29 | FICAM Fringe | 15.23 | 45.69 |
| Total | 937.43 | 2,812.29 | FICAO Fringe | 65.10 | 195.30 |
| | | | Total | 80.33 | 240.99 |

| EMP. NO. | CURRENT EARNINGS | DEDUCTIONS | NET PAY | YTD EARNINGS | YTD DEDUCTIONS | YTD NET PAY |
|---|---|---|---|---|---|---|
| 300312482 | 1,050.00 | 112.57 | 937.43 | 3,150.00 | 337.71 | 2,812.29 |

Date: 09/28/2018    997584

Douglas W Turrell
5916 Ricky Ridge Trl
Orefield, PA   18069-8804

**NON-NEGOTIABLE**

Regent University
1000 Regent University Dr
Virginia Beach, Virginia 23464
7573524054

| | | | |
|---|---|---|---|
| **Employee ID:** | B07028033 | **Pay Date:** | Sep 28, 2018 |
| **Social Security Number:** | *****1271 | **Pay Period:** | Sep 01, 2018-Sep 30, 2018 |
| **Employee:** | Douglas W Turrell | | |
| **Address:** | 5916 Ricky Ridge Trail<br>Orefield, Pennsylvania 18069<br>United States of America | | |

## Payment Summary

| Type | Current Period | YTD Amount |
|---|---|---|
| Gross Amount: | $900.00 | $14,846.03 |
| Total Personal Deductions: | $165.19 | $3,100.60 |
| Net Amount: | $734.81 | $11,745.43 |
| Total Employer Contributions: | $68.85 | $1,416.93 |

## Earnings

| Job | Earnings | Shift | Hours or Units | Rate | Amount | YTD Amount |
|---|---|---|---|---|---|---|
| Adjunct Faculty | Regular | 1 | | | | $3,000.00 |
| Adjunct Faculty | Regular | 1 | | | | $3,000.00 |
| Adjunct Faculty | Regular | 1 | | | | $3,000.00 |
| Adjunct Faculty | Adjunct Contract | 1 | | | | -$2,100.00 |
| | Regular | 1 | | | | $3,000.00 |
| Adjunct Faculty | Regular | 1 | | | | $3,000.00 |
| Adjunct Faculty | Adjunct Contract | 1 | | | | -$2,700.00 |
| | Regular | 1 | | | | $3,000.00 |
| Adjunct Faculty | Adjunct Contract | 1 | 1.00 | | -$600.00 | -$600.00 |
| | Regular | 1 | | | $1,500.00 | $1,500.00 |
| Military Admissions Recruiter | Regular | 1 | | | | $746.03 |
| | | | | Total: | $900.00 | $14,846.03 |

## Benefits, Deductions and Taxes

| Benefits and Deductions | Employee | Employee YTD | Employer | Employer YTD | Applicable Gross | Applicable Gross YTD |
|---|---|---|---|---|---|---|
| **Taxes** | | | | | | |
| Federal Income Tax Withheld | $59.17 | $1,351.72 | $0.00 | $0.00 | $900.00 | $14,846.03 |
| Medicare Tax Additional | $0.00 | $0.00 | $0.00 | $0.00 | $900.00 | $14,846.03 |
| Medicare Tax Withheld | $13.05 | $215.27 | $13.05 | $215.27 | $900.00 | $14,846.03 |
| Pennsylvania State Income Tax | $27.63 | $455.79 | $0.00 | $0.00 | $900.00 | $14,846.03 |
| Pennsylvania Unemployment | $0.54 | $8.91 | $0.00 | $281.21 | $900.00 | $14,846.03 |
| Social Security Tax Withheld | $55.80 | $920.45 | $55.80 | $920.45 | $900.00 | $14,846.03 |
| Upper Macungie Twp-PA Income T | $9.00 | $148.46 | $0.00 | $0.00 | $900.00 | $14,846.03 |
| Total: | $165.19 | $3,100.60 | $68.85 | $1,416.93 | | |

## Check or Direct Deposit

| Number | Document Type | Bank Name | Account Type | Amount |
|---|---|---|---|---|
| 1270255 | Direct Deposit | USAA Federal Savings Bank | Checking | $734.81 |

Filing Status

### Federal Income Tax Withheld

| Filing Status | Number of Allowances | Additional Withholding |
|---|---|---|
| Single | 0 | $0.00 |

### Pennsylvania State Income Tax

| Additional Withholding |
|---|
| $0.00 |