UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
    DOUGLAS WALTER TURRELL            NO. 18-17071 REF
                                                          CHAPTER 7

ENTRY OF APPEARANCE FOR FORD MOTOR CREDIT COMPANY, LLC
AND REQUEST FOR NOTICES

TO THE CLERK:

Please enter our appearance for Ford Motor Credit Company, LLC and provide notices as required by Bankruptcy Rule 2002 and ED PA Local Rule 3015-1(b).

DATED: November 12, 2018

                                             GERSHMAN LAW OFFICES, PC

                                             _____
                                             Howard Gershman
                                             610 York Road, Suite 200
                                             Jenkintown, PA 19046
                                             Telephone: 215.886.1120
                                             Fax:   215.886.1118
                                             Email:  howard@gershman-law.com

Copies to:

Lynn E. Feldman, Trustee
221 N. Cedar Crest Boulevard
Allentown, PA 18104

Jennifer R. Alderfer, Esquire
Zator Law
4400 Walbert Avenue at Ridgeview Drive
Allentown, PA 18104

FMCC Reaff REF