## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Douglas Walter Turrell aka Doug Turrell<br>Debtor(s) | CHAPTER 7 |
| Nationstar Mortgage LLC d/b/a Mr. Cooper<br>Movant<br>vs. | NO. 18-17071 REF |
| Douglas Walter Turrell aka Doug Turrell<br>Debtor(s) | 11 U.S.C. Section 362 |
| Lynn E. Feldman Esq.<br>Trustee | |

### ORDER

AND NOW, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362), is modified with respect to the subject premises located at 5916 Ricky Ridge Trail, Orefield, PA 18069 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies.

**Date: December 18, 2018**

United States Bankruptcy Judge.