*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Douglas Walter Turrell
    Debtor(s)

Case No: 18–17071–ref
Chapter: 7

---

## REAFFIRMATION HEARING NOTICE

To the debtor, the debtor's counsel, and any party in interest:

NOTICE IS HEREBY GIVEN THAT a Reaffirmation hearing will be held before the Honorable Richard E. Fehling , United States Bankruptcy Judge to consider

    Reaffirmation Agreement Between Debtor and Ford Motor Credit Company, LLC

    On: 1/24/19

    At: 09:30 AM

    In: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

Dated: 12/26/18

For The Court

Timothy B. McGrath
Clerk of Court

26 – 24
Form 172