United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Douglas Walter Turrell  
      Debtor

Case No. 18-17071-ref  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: Violet     Page 1 of 1     Date Rcvd: Dec 26, 2018  
                          Form ID: 172     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 28, 2018.
```
db             +Douglas Walter Turrell,    5916 Ricky Ridge Trail,    Orefield, PA 18069-8804
cr            ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
                (address filed with court:   Ford Motor Credit Company, LLC,    P.O. Box 62180,
                  Colorado Springs, CO  80921)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 28, 2018                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 26, 2018 at the address(es) listed below:
```
              HOWARD   GERSHMAN    on behalf of Creditor   Ford Motor Credit Company, LLC hg229ecf@gmail.com,
               229ecf@glpoc.comcastbiz.net
              JENNIFER R. ALDERFER    on behalf of Debtor Douglas Walter Turrell jalderfer@zatorlaw.com
              LYNN E. FELDMAN    trustee.feldman@rcn.com,    lfeldman@ecf.epiqsystems.com
              REBECCA ANN SOLARZ    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
```
                                                                                                                     TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Douglas Walter Turrell
    Debtor(s)

Case No: 18−17071−ref
Chapter: 7

___

**REAFFIRMATION HEARING NOTICE**

To the debtor, the debtor's counsel, and any party in interest:

    NOTICE IS HEREBY GIVEN THAT a Reaffirmation hearing will be held before the Honorable Richard E. Fehling , United States Bankruptcy Judge to consider

        Reaffirmation Agreement Between Debtor and Ford Motor Credit Company, LLC

        On: 1/24/19

        At: 09:30 AM

        In: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

Dated: 12/26/18

For The Court

Timothy B. McGrath
Clerk of Court

26 − 24
Form 172