UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Douglas Walter Turrell,  :  Chapter 7
        Debtor  :
          :  No. 18-17071
          :

ORDER SETTING EXPEDITED HEARING TO CONSIDER MOTION

AND NOW, Debtor, as Movant, having requested expedited consideration of his Motion to Compel the Trustee to Abandon Real Property (the "Motion") and the Movant certifying to the Court that he gave prior notice to all parties in interest by email or telephone, IT IS HEREBY ORDERED that an expedited hearing for my consideration of the Movants' Motion shall be held at:

United States Bankruptcy Court - E.D. PA.
Courtroom Number 1
Third Floor, The Madison
400 Washington Street
Reading, Pennsylvania

on January 4, 2019 at 3:00 p.m. prevailing time.

*may*

IT IS HEREBY FURTHER ORDERED that any party opposing the Motion ~~shall~~ appear at the hearing on the Motion or it may be granted without further notice.

IT IS HEREBY FURTHER ORDERED that Movant's counsel shall immediately both (1.) notify by telephone and (2.) serve copies of this signed Order and the Motion on the following parties by e-mail or facsimile: Counsel for the United States Trustee and the Chapter 7 Trustee, all ~~secured~~ creditors with liens on Movant's property (by serving their counsel if known), all other parties affected by the Motion (by serving their counsel if known), and all other interested parties.

BY THE COURT

1/2/19

_____
RICHARD E. FEHLING
United States Bankruptcy Judge

*Interested parties:*

Lynn E. Feldman
Chapter 7 Trustee
Feldman Law Offices PC
221 N. Cedar Crest Blvd.
Allentown, PA 18104

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

Rebecca A. Solarz, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
Attorney for Nationstar Mortgage, LLC DBA Mr. Cooper

APCI Federal Credit Union
Attn: Prentice W. Sanderson
7201 Hamilton Boulevard
Allentown, PA 18195-1501

Jennifer R. Alderfer, Esquire
Zator Law
4400 Walbert Avenue
Allentown, PA 18104
Attorney for Debtor

{00778085v3}