**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:  Douglas Walter Turrell,** | **:** | **Chapter 7** |
| Debtor | **:** | |
| | **:** | **No. 18-17071** |
| | **:** | |

## CERTIFICATE OF SERVICE

I, Lisa M. Johnston, Paralegal, hereby certify that a copy of the **Order Setting Expedited Hearing to Consider Motion and Debtor's Motion to Compel the Trustee to Abandon Real Property and Request for Expedited Hearing and Proposed Order** were served in the manner indicated below to the following parties on the 2nd day of January, 2019 pursuant to the Order:

Rebecca A. Solarz, Esquire
KML Law Group, P.C.
Attorney for Nationstar Mortgage, LLC DBA Mr. Cooper
**By phone call to:**  215-825-6327
**By email to:** RSolarz@kmllawgroup.com

Prentice W. Sanderson
APCI Federal Credit Union
**By phone call to:**  1-800-821-5104 ext. 2878
**By email to:** PSanderson@apcifcu.org

Lynn E. Feldman
Chapter 7 Trustee
Feldman Law Offices PC
**By phone call to:**  610-530-9285
**By email to:** trustee.feldman@rcn.com

U.S. Trustee's Office
**By phone call to:**  Debtor's counsel left a detailed voice message at 215-597-4411 because the office is closed.
**By email to:**  dave.p.adams@usdoj.gov

ZATOR LAW

Date:  January 3, 2019    By:    /s/ Lisa M. Johnston
            Lisa M. Johnston, Paralegal
            American Heritage Building
            4400 Walbert Avenue at Ridgeview Drive
            Allentown, PA 18104
            ljohnston@zatorlaw.com
            610-432-1900

{00778590}