UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Douglas Walter Turrell, | :  Chapter 7 |
| Debtor | : |
| | :  No. 18-17071 |
| | : |
| | : |

## ORDER

AND NOW, this **4** day of January, 2019, upon consideration of the Motion to Compel the Trustee to Abandon Real Property ("Motion"), it is hereby

**ORDERED** that the Motion is GRANTED, and it is further

**ORDERED** pursuant to 11 U.S.C. § 554(b) that the Trustee is hereby compelled to abandon the real property known as 5916 Ricky Ridge Trail, Orefield, Lehigh County, Pennsylvania 18069 as such property is burdensome and of inconsequential value and benefit to the bankruptcy estate.

BY THE COURT:

_____
Richard E. Fehling
**United States Bankruptcy Judge**

*Interested parties:*

Lynn E. Feldman, Esquire
Chapter 7 Trustee
Feldman Law Offices PC
221 N. Cedar Crest Blvd.
Allentown, PA 18104

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

Jennifer R. Alderfer, Esquire
Zator Law
4400 Walbert Avenue
Allentown, PA 18104
Attorney for Debtor

Rebecca A. Solarz, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
Attorney for Nationstar Mortgage, LLC
d/b/a Mr. Cooper

APCI Federal Credit Union
Attn:  Prentice W. Sanderson
7201 Hamilton Boulevard
Allentown, PA 18195-1501

{00778022v3}