United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                      Case No. 18-17071-ref
Douglas Walter Turrell                                                                      Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Lisa              Page 1 of 1              Date Rcvd: Jan 02, 2019
                              Form ID: pdf900         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 04, 2019.
db             #+Douglas Walter Turrell,    5916 Ricky Ridge Trail,    Orefield, PA 18069-8804
cr             ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
                 (address filed with court:  Ford Motor Credit Company, LLC,    P.O. Box 62180,
                  Colorado Springs, CO  80921)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 04, 2019                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 2, 2019 at the address(es) listed below:
              HOWARD  GERSHMAN    on behalf of Creditor    Ford Motor Credit Company, LLC hg229ecf@gmail.com,
               229ecf@glpoc.comcastbiz.net
              JENNIFER R. ALDERFER    on behalf of Debtor Douglas Walter Turrell jalderfer@zatorlaw.com
              LYNN E. FELDMAN    trustee.feldman@rcn.com, lfeldman@ecf.epiqsystems.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                               TOTAL: 5

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Douglas Walter Turrell,      :      Chapter 7
         Debtor                              :
                                                    :      No. 18-17071
                                                    :

ORDER SETTING EXPEDITED HEARING TO CONSIDER MOTION

AND NOW, Debtor, as Movant, having requested expedited consideration of his Motion to Compel the Trustee to Abandon Real Property (the "Motion") and the Movant certifying to the Court that he gave prior notice to all parties in interest by email or telephone, IT IS HEREBY ORDERED that an expedited hearing for my consideration of the Movants' Motion shall be held at:

United States Bankruptcy Court - E.D. PA.
Courtroom Number 1
Third Floor, The Madison
400 Washington Street
Reading, Pennsylvania

on January  4 , 2019   at 3:00 p.m. prevailing time.

                                                                                    REF

IT IS HEREBY FURTHER ORDERED that any party opposing the Motion ~~shall~~ appear at the hearing on the Motion or it may be granted without further notice.

IT IS HEREBY FURTHER ORDERED that Movant's counsel shall immediately both (1.) notify by telephone and (2.) serve copies of this signed Order and the Motion on the following parties by e-mail or facsimile: Counsel for the United States Trustee and the Chapter 7 Trustee, all ~~secured~~ creditors with liens on Movant's property (by serving their counsel if known), all other parties affected by the Motion (by serving their counsel if known), and all other interested parties.

BY THE COURT

1/2/19

RICHARD E. FEHLING
United States Bankruptcy Judge

{00778085v3}

*Interested parties:*

Lynn E. Feldman
Chapter 7 Trustee
Feldman Law Offices PC
221 N. Cedar Crest Blvd.
Allentown, PA 18104

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

Rebecca A. Solarz, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
Attorney for Nationstar Mortgage, LLC DBA Mr. Cooper

APCI Federal Credit Union
Attn: Prentice W. Sanderson
7201 Hamilton Boulevard
Allentown, PA 18195-1501

Jennifer R. Alderfer, Esquire
Zator Law
4400 Walbert Avenue
Allentown, PA 18104
Attorney for Debtor

{00778085v3}