United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-17071-ref
Douglas Walter Turrell                                                  Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: dlv              Page 1 of 1          Date Rcvd: Jan 04, 2019
                              Form ID: pdf900        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 06, 2019.
db             #+Douglas Walter Turrell,   5916 Ricky Ridge Trail,   Orefield, PA 18069-8804
cr             ++FORD MOTOR CREDIT COMPANY,   P O BOX 62180,   COLORADO SPRINGS CO 80962-2180
                 (address filed with court:  Ford Motor Credit Company, LLC,   P.O. Box 62180,
                   Colorado Springs, CO  80921)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 06, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 4, 2019 at the address(es) listed below:
              HOWARD   GERSHMAN    on behalf of Creditor    Ford Motor Credit Company, LLC hg229ecf@gmail.com,
               229ecf@glpoc.comcastbiz.net
              JENNIFER R. ALDERFER    on behalf of Debtor Douglas Walter Turrell jalderfer@zatorlaw.com
              LYNN E. FELDMAN    trustee.feldman@rcn.com,   lfeldman@ecf.epiqsystems.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                               TOTAL: 5

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Douglas Walter Turrell,  :  Chapter 7
Debtor                          :
                                :  No. 18-17071
                                :
                                :

## ORDER

AND NOW, this 4 day of January, 2019, upon consideration of the Motion to Compel the Trustee to Abandon Real Property ("Motion"), it is hereby

**ORDERED** that the Motion is GRANTED, and it is further

**ORDERED** pursuant to 11 U.S.C. § 554(b) that the Trustee is hereby compelled to abandon the real property known as 5916 Ricky Ridge Trail, Orefield, Lehigh County, Pennsylvania 18069 as such property is burdensome and of inconsequential value and benefit to the bankruptcy estate.

BY THE COURT:

_____
Richard E. Fehling
United States Bankruptcy Judge

*Interested parties:*

Lynn E. Feldman, Esquire
Chapter 7 Trustee
Feldman Law Offices PC
221 N. Cedar Crest Blvd.
Allentown, PA 18104

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

Jennifer R. Alderfer, Esquire
Zator Law
4400 Walbert Avenue
Allentown, PA 18104
Attorney for Debtor

Rebecca A. Solarz, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
Attorney for Nationstar Mortgage, LLC
d/b/a Mr. Cooper

APCI Federal Credit Union
Attn: Prentice W. Sanderson
7201 Hamilton Boulevard
Allentown, PA 18195-1501

{00778022v3}